# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK CADET, | : | |
| Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:11-CR-113-WBH |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1: 15-CV-326-WBH |
| Respondent. | : | |

| | | |
|---|---|---|
| FREDERICK CADET, | : | |
| Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:11-CR-522-WBH |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1: 15-CV-327-WBH |
| Respondent. | : | |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation (R&R) in which the Magistrate Judge recommends that Movant's motion brought pursuant to 28 U.S.C. § 2255 in the two above-styled, consolidated criminal cases be denied. As it appears that Movant is no longer incarcerated at the McRae Correctional Institution and he has not kept the Clerk informed of his current address, the § 2255 motion is subject to denial pursuant Local Rule 41.2.

Further in the absence of objections, this Court concludes that the Magistrate Judge's findings and conclusions are correct that Movant has failed to establish that

AO 72A
(Rev.8/82)

his counsel was ineffective and that he is not entitled to relief with respect to his Fourth Amendment claims. In particular, this Court notes that it has reviewed the motion to suppress that Movant filed in his criminal cases. It is clear that the search warrant for Movant's home was properly crafted and amply supported by probable cause. As such, Movant's Fourth Amendment claims fail, and he cannot establish prejudice for his counsel's purported failure to take the necessary procedural steps to permit him to enter a conditional plea so as to allow him to appeal the denial of his motion to suppress.

Accordingly, it is hereby **ORDERED** that the R&R, [Doc. 149 in Case No. 1:11-CR-113-WBH; and Doc. 68 1:11-CR-522-WBH], is hereby **ADOPTED** as the order of this Court, and Movant's motion brought pursuant to 28 U.S.C. § 2255, [Doc. 143 in Case No. 1:11-CR-113-WBH; and Doc. 63 1:11-CR-522-WBH], is **DENIED**.

**IT IS SO ORDERED**, this 5th day of January, 2016.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)